■ AVAQ INTERNATIONAL, INC., Appellant-Respondent, v GATES CORPORATION, Respondent-Appellant.—Order, Supreme Court, New York County (Herman Cahn, J.), entered on April 23, 1991, unanimously affirmed for the reasons stated by Herman Cahn, J., without costs or disbursements. No opinion. Concur—Rosenberger, J. P., Ellerin, Wallach, Smith and Rubin, JJ.